

# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

CHAMBERS
JAMES M. ROSENBAUM
CHIEF JUDGE
UNITED STATES DISTRICT COURT
300 SOUTH FOURTH STREET, SUITE 15E
MINNEAPOLIS, MINNESOTA 55415
JMROSENBAUM@MND.USCOURTS.GOV
(612) 664-5050

May 31, 2006

Judicial Conference of the United
States Committee on Financial Disclosure
One Columbus Circle NE
Washington, D.C.   20544

To Whom It May Concern:

The Committee on Financial Disclosure has inquired concerning two items on my Calendar Year 2005 Filing.

The first inquiry concerned "Gander Mountain," listed at Part VII, Page 1, Line 18.  This item is held within a self-directed IRA.  It was purchased with a portion of the funds which have been in that account for many years.  The value of the account has not, unfortunately, gone to a higher letter value.

The second item is the "Alliance Bernadien," listed at Part VII, Page 1, Line 10, previously shown in the 2004 Report, but absent from the 2005 Filing.  This is because those funds, part of my wife's self-directed IRA, were liquidated in 2005, and rolled into the Sit Fund shown at Line 8.  The transfer did not materially affect the value.

I hope this responds to your inquiries.

Very truly yours,



James M. Rosenbaum

Enclosures (2 additional copies)

RECEIVED Jun 6 11 03 AM '06 FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>ROSENBAUM, JAMES M | 2. Court or Organization<br><br>U.S.D.C., D.MINNESOTA | 3. Date of Report<br><br>04/06/2006 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>300 South 4th St., Suite 15E<br><br>MINNEAPOLIS, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Advisory Board Member | The Sedona Conference |
| 2. Board Member | ▓▓▓▓▓▓▓▓▓▓ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | ** NOTHING TO REPORT ** |

RECEIVED 2006 APR 12 A 10: 03 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.     2005 | None - Outside of Judicial Pay | $154,700 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.     2005 | State of Minnesota Courts |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Trade Commission Speech - Chicago, Il - Town Meeting - 3/3/05 | Travel Reimbursement - Transportation, Room and Meals |
| 2. | Digital Discovery Seminar - Houston, Texas - 4/5 - 4/7, 2005 | Travel Reimbursement - Transportation, Room, and Meals |
| 3. | ABA Spring Conference Speech - Washington, D.C. 4/15/05 | Travel Reimbursement - Transportation, Room, and Meals |
| 4. | ALI-ABA Electronic Records Management Seminar - Chicago, IL - 5/11/05 - 5/13/05 | Travel Reimbursement - Transportation, Room, and Meals |
| 5. | George Mason Symposium - Virginia - 5/13 - 5/15, 2005 | Travel Reimbursement - Transportation, Room, and Meals |
| 6. | LegalTech Seminar - Los Angeles, California - 6/21 - 6/23, 2005 | Travel Reimbursement - Transportation, Room, and Meals |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 04/06/2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | FREE Seminar - Gallatin Gateway, Montana - 7/8 - 7/17, 2005 | Travel Reimbursement - Transportation, Room, and Meals |
| 8. | Document Management Conference - Canadian Institute/Am. Conf. Institute - 9/29 - 9/30 | Travel Reimbursement - Transportation, Room and Meals |
| 9. | Sedona Conference, 11/2 - 11/19, 2005, Phoenix, Arizona | Travel Reimbursement - Transportation, Room and Meals |
| 10. | George Mason University - Law & Economics Seminar - Key West, Fl 11/11 - 11/29, 2005 | Travel Reimbursement - Transportation, Room and Meals |
| 11. | Electronic Discovery Seminar - Legalworks - San Francisco, CA - 12/7 - 12/11, 2005 | Travel Reimbursement - Transportation, Room and Meals |
| 12. | | |
| 13. | | |
| 14. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENBAUM, JAMES M | 04/06/2006 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Minneapolis Club | Honorary Membership | $0 |
| 2. | | value unknown (see attached) | $0 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Checking Plus | J |
| 2. | U.S. Bank | Checking Plus | J |
| 3. | NELNET | Federal Education Loan | K |

ATTACHMENT

The Minneapolis Club extends honorary, non-voting, memberships to federal judges, among others.  Honorary members may use the club on a pay-for-use basis.  The Minneapolis Club regards these memberships as being of no value (see attached letter).  Full voting membership costs approximately $3,200 per year.



# MINNEAPOLIS CLUB



Minneapolis, Minnesota

DATE: August 8, 1995

TO: Brenda

Judge M. Davis' Office

FAX #: 290-3002

FROM: Hans J. Schaub

Number of pages to follow: 0

MESSAGE: RE: Honorable Michael J. Davis, Judge, United States District Court

In response to your question regarding the membership, there is absolutely no monetary value connected with this membership. Honorary and Community memberships are a tradition of long standing at the Minneapolis Club and have been extended to persons of high political office, the clergy, the courts, the University, career diplomats and other persons of distinction serving our community. The club has currently 55 persons in this category.

Please call me if you wish additional information.

Any questions or problems regarding this transmission should be directed to (612) 332-2292. Thank you.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 04/06/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  AT&T Common Stock | A | Dividend | J | T | | | | | |
| 2.  AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3.  Bell South Common Stock | A | Dividend | J | T | | | | | |
| 4.  SBC | A | Dividend | J | T | | | | | |
| 5.  Sit Mutual Funds Money Market Fund, Inc. | A | Dividend | J | T | | | | | |
| 6.  Bell Atlantic, (Now Verizon) | A | Dividend | J | T | | | | | |
| 7.  Sit Mutual Funds IRA (Please see attached) | A | Dividend | K | T | | | | | |
| 8.  Sit Mutual Funds IRA (Please see attached) | A | Dividend | L | T | | | | | |
| 9.  Lucent | A | Dividend | J | T | | | | | |
| 10.  The Select Ten Dow IRA | A | Dividend | J | T | | | | | |
| 11.  The Select Ten Dow IRA | A | Dividend | J | T | | | | | |
| 12.  MMM Common Stock (IRA) now Three M) | A | Dividend | J | T | | | | | |
| 13.  State of Minnesota Deferred Comp | A | Div. & Int. | K | T | | | | | |
| 14.  State of Minnesota (Pension Vested) | | | | | | | | | |
| 15.  Comcast (received as distribution from AT&T 9/02) | A | Dividend | J | T | | | | | |
| 16.  Comcast | A | Dividend | J | T | | | | | |
| 17.  Agere (received as distribution from Lucent) | A | Dividend | J | T | | | | | |
| 18.  Gander Mountain | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less  F = $50,001-$100,000 | B = $1,001-$2,500  G = $100,001-$1,000,000 | C = $2,501-$5,000  H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000  H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less  N = $250,000-$500,000  P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000  O = $500,001-$1,000,000 | L = $50,001-$100,000  P1 = $1,000,001-$5,000,000  P4 = $More than $50,000,000 | M = $100,001-$250,000  P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal  U = Book Value | R = Cost (Real Estate Only)  V = Other | S = Assessment  W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M | 04/06/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Agere | A | Dividend | J | T | | | | | |
| 20. Verizon | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

7.  SIT Large Cap Growth Fund, Inc.     A     Dividend     J     T JMR
    SIT Small Cap Growth Fund           A     Dividend     J     T

8.  SIT Mid Cap Growth Fund, Inc.       A     Dividend     K     T MBR
    SIT Small Cap Growth Fund           A     Dividend     J     T

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENBAUM, JAMES M | 04/06/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date _April 6, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544